EMPIRE TRUST COMPANY, as Trustee under the Will of HARRIET F. VAN ZANDT, Deceased, Respondent, *v.* FANNIE F. WELCH et al., Appellants, and PARK MORTGAGE COMPANY et al., Respondents.

(Submitted November 19, 1923; decided November 27, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 632.)

PATRICK J. DONOVAN, Appellant, *v.* CUNARD STEAMSHIP COMPANY, LTD., Respondent.

(Submitted November 19, 1923; decided November 27, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 651.)

PHILIP NOVICK, as Trustee in Bankruptcy of the CAPITAL LAMP AND SHADE COMPANY, Appellant, *v.* CARL S. DUCKOR, Respondent, Impleaded with Another.

(Submitted November 19, 1923; decided November 27, 1923.)

Motion to amend remittitur denied, with ten dollars costs. (See 236 N. Y. 644.)

In the Matter of the Transfer Tax upon the Estate of ANDREAS M. MILLER, Deceased.

THE STATE TAX COMMISSION, Appellant; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, et al., Respondents.

(Submitted November 19, 1923; decided November 27, 1923.)

Motion to amend remittitur denied, without costs. (See 236 N. Y. 290.)